| | |
|---|---|
| 1 | R. Rex Parris, Esq. (SBN 96567) |
| | rrparris@rrexparris.com |
| 2 | Alexander R. Wheeler, Esq. (SBN 239541) |
| | awheeler@rrexparris.com |
| 3 | Kitty Szeto, Esq. (SBN 258136) |
| | kszeto@rrexparris.com |
| 4 | **R. REX PARRIS LAW FIRM** |
| | 42220 10th Street West, Suite 109 |
| 5 | Lancaster, California 93534 |
| | T: (661) 949-2595 / F: (661) 949-7524 |
| 6 | |
| 7 | Edwin Aiwazian, Esq. (SBN 232943) |
| | edwin@aiwazian.com |
| 8 | Arby Aiwazian, Esq. (SBN 269827) |
| | arby@aiwazian.com |
| 9 | Maria F. Nickerson, Esq. (SBN 274225) |
| | maria@aiwazian.com |
| 10 | **LAWYERS *for* JUSTICE, PC** |
| | 410 West Arden Avenue, Suite 203 |
| 11 | Glendale, California 91203 |
| | T: (818) 265-1020 / F: (818) 265-1021 |
| 12 | Attorneys for Plaintiff and the Putative Class |
| 13 | Brian P. Villarreal, Esq. (SBN 234690) |
| | bvillarreal@bztm.com |
| 14 | **BARTKO, ZANKEL, TARRANT & MILLER** |
| | A Professional Corporation |
| 15 | 900 Front Street, Suite 300 |
| | San Francisco, California 94111 |
| 16 | T: (415) 956-1900 / F: (415) 956-1152 |
| 17 | Attorneys for Defendants |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANELLE JASSO; individually, and on behalf of other members of the general public similarly situated, | ) ) ) | Case No.: 3:11-cv-05500-SI |
| | ) | **CLASS ACTION** |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER CONTINUING HEARING DATES AND BRIEFING SCHEDULE |
| v. | ) ) | [Filed Together With [Proposed] Order] |
| MONEY MART EXPRESS, INC., a Utah corporation; DOLLAR FINANCIAL GROUP, INC., a New York corporation; and Does 1 through 100, inclusive, | ) ) ) ) | [Honorable Susan Illston] |
| Defendants. | ) ) | |

Having reviewed and considered the parties' Stipulation to Continue Hearing Dates and Briefing Scheduled filed on January 10, 2012, and good causing appearing, the Court hereby rules and finds as follows:

1. The hearing on Defendants' Motion to Compel Arbitration and Stay Civil Proceedings shall be continued to January 20, 2012 at 9:00 a.m. before the Honorable Susan Illston in Courtroom 10 of the above-entitled Court;

2. The hearing on Plaintiff's Motion to Strike Portions of Defendants' Answer ("Motion to Strike") shall be continued to February 24, 2012 at 2:30 p.m. before the Honorable Susan Illston in Courtroom 10 of the above-entitled Court;

3. The deadline for Defendants to file an opposition to Plaintiff's Motion to Strike shall be one (1) week after the Court enters its ruling on Plaintiff's Motion to Remand and Defendants' Motion to Compel Arbitration; and

4. The deadline for Plaintiff to file a reply in support of Plaintiff's Motion to Strike shall be one (1) week after Defendants file their opposition to Plaintiff's Motion to Strike.

**IT IS SO ORDERED.**

Dated:  1/12/12

_____
Honorable Susan Illston
Judge, United States District Court