# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE JASSO, individually and on behalf others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>MONEY MART EXPRESS, INC., DOLLAR FINANCIAL GROUP, INC.,<br><br>    Defendants. | Case No.: 11-CV-5500 YGR<br><br>**ORDER SETTING STATUS CONFERENCE** |

On August 21, 2012, the Court issued its order staying proceedings in this matter pending arbitration. The Court **SETS** a status conference regarding the progress of the arbitration for **July 18, 2014, at 9:01 a.m.** Five days prior to the conference, the parties shall file a joint status statement indicating whether arbitration has been completed and whether this case may be dismissed. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Date: June 4, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**