# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE JASSO, individually and on behalf others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MONEY MART EXPRESS, INC., DOLLAR FINANCIAL GROUP, INC.,<br><br>Defendants. | Case No.: 11-CV-5500 YGR<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL; VACATING JULY 18, 2014 STATUS CONFERENCE** |

On August 21, 2012, the Court issued its order staying proceedings in this matter pending arbitration. The Court set a status conference regarding the progress of the arbitration for July 18, 2014, and required the parties to file a joint statement five days prior. Defendant filed a statement July 11, 2014, indicating that: (1) Plaintiff has not initiated an arbitration or otherwise prosecuted her claims; and (2) Plaintiff's counsel did not respond to request to submit a joint statement.

Plaintiff Janelle Jasso is **ORDERED TO SHOW CAUSE** why the pending stay should not be dissolved and the action dismissed for failure to prosecute and under 9 U.S.C. § 3. Plaintiff shall file a written response to this Order to Show Cause no later than **July 25, 2014.** Hearing on the Order to Show Cause is **SET** for **August 1, 2014, at 9:01 a.m**.

The status conference currently set for July 18, 2014, is **VACATED**.

**IT IS SO ORDERED.**

Date: July 11, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**