**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANELLE JASSO, individually and on behalf others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MONEY MART EXPRESS, INC., DOLLAR FINANCIAL GROUP, INC.,<br><br>Defendants. | Case No.: 11-CV-5500 YGR<br><br>**ORDER VACATING ORDER TO SHOW CAUSE AND SETTING FURTHER STATUS CONFERENCE** |

On August 21, 2012, the Court issued its order staying proceedings in this matter pending arbitration. The Court set a status conference regarding the progress of the arbitration for July 18, 2014, and required the parties to file a joint statement five days prior. Plaintiff having failed to file a timely status statement, on July 11, 2014, the Court issued an Order to Show Cause why the stay should not be dissolved and the action dismissed.

Plaintiff filed a response to the Order to Show Cause and Defendants filed a response as well. The Court having reviewed those responses, and good cause appearing, the Order to Show Cause is **VACATED**.

This matter is **SET** for a further status conference regarding the progress of the arbitration proceedings on **November 7, 2014, at 9:01 a.m.** Five days prior to the conference, the parties shall file a joint status statement indicating whether arbitration has been completed and whether this case

may be dismissed.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Date: July 30, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**