# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE JASSO, individually and on behalf others similarly situated,<br><br>   Plaintiff,<br><br>   vs.<br><br>MONEY MART EXPRESS, INC., DOLLAR FINANCIAL GROUP, INC.,<br><br>   Defendants. | Case No.: 11-CV-5500 YGR<br><br>**ORDER VACATING AND CONTINUING COMPLIANCE HEARING RE: DISMISSAL** |

The parties have filed their Joint Status Conference Statement (Dkt. No. 65), representing that they have reached a settlement in principle. In light of this statement, the compliance hearing currently set for November 7, 2014, is **VACATED** and **CONTINUED** to **January 9, 2015, at 9:01 a.m.**

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED.**

Date: October 31, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**