1  R. Rex Parris, Esq. (SBN 96567)
      rrparris@rrexparris.com
2  Alexander R. Wheeler, Esq. (SBN 239541)
      awheeler@rrexparris.com
3  Kitty K. Szeto (SBN 258136)
      kszeto@rrexparris.com
4  **R. REX PARRIS LAW FIRM**
   43364 10th Street West
5  Lancaster, California 93534
   Telephone:  (661) 949-2595
6  Facsimile:   (661) 949-7524

7  Edwin Aiwazian, Esq. (SBN 232943)
      edwin@aiwazian.com
8  **LAWYERS *for* JUSTICE, PC**
   410 West Arden Avenue, Suite 203
9  Glendale, California 91203
   Telephone:  (818) 265-1020
10 Facsimile:   (818) 265-1021

11 Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE JASSO; individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MONEY MART EXPRESS, INC., a Utah corporation; DOLLAR FINANCIAL GROUP, INC., a New York corporation; and Does 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 4:11-cv-05500-YGR<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION**<br><br>[Filed Together With Plaintiff's Request for Dismissal] |

Based on Plaintiff Janelle Jasso's ("Plaintiff") Request for Dismissal and the Declaration of Kitty K. Szeto in Support Thereof, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's individual claims are hereby dismissed with prejudice.

2. The absent class members' claims against Defendants Money Mart Express, Inc. and Dollar Financial Group, Inc. are hereby dismissed without prejudice and without notice to the unnamed putative class members. Such dismissal is without prejudice as to any parties who may file claims similar to those alleged in Plaintiff's Complaint.

3. The dismissal of this case will have no collateral estoppel or *res judicata* effect on any similar claims brought by any other persons, including claims identical or substantially similar to Plaintiff's claims in this case.

4. Each party shall bear her/its own attorneys' fees and costs incurred in connection with this matter.

**IT IS SO ORDERED.**

DATED: January 5, 2015

Honorable Yvonne Gonzalez Rogers
United States District Court